**Michael WILLIAM, Petitioner–Appellant,**

v.

**Joseph M. BROOKS, Warden, FCI Petersburg, Petersburg, Virginia, Respondent–Appellee.**

No. 01–7242.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 12, 2002.

Decided March 27, 2002.

Michael William, Appellant Pro Se.

Before WILKINS, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Michael William appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See William v. Brooks,* No. CA–01–869–AM (E.D. Va. filed July 5, 2001; entered July 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*